Alberta LANE, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2010–3191.

United States Court of Appeals, Federal Circuit.

Jan. 19, 2011.

ON MOTION

ORDER

The Department of Homeland Security moves to reform the official caption to designate the Merit Systems Protection Board as the respondent.

We note that Alberta Lane has not timely filed a brief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The petition for review is dismissed for failure to file a brief.